**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **9th** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Nelly Veramendi**  JOINT DEBTOR: _____  CASE NO.: **12-27515**
Last Four Digits of SS# **xxx-xx-3260**  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A.  $ **1294.00** for months **1** to **54**;
- B.  $ **3,333.33** for months **55** to **55**;
- C.  $ **728.33** for months **56** to **60**; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ **4,550.00***  TOTAL PAID $ **4,025.00**
Balance Due  $ **525.00** payable $ **9.72** /month (Months **1** to **54**)

*$4,550.00-$3,500.00 for bankruptcy; $525.00 Motion to Modify; $525.00 Motion to Modify

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Residences at the Falls, HOA Condominium Ass.**
**c/o Jorge Otero, Esq.**
Address: 75 Valencia Avenue, 2nd FL Coral gables, FL33134

Regular Payment $ **$389.08** /month (Months **1** to **54**)
$ **$3,000.00** /month (Months **55** to **55**)
$ **$655.50** /month (Months **56** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3..**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bank of America 4161 Piedmont Parkway Greensboro, NC 27410 Account No: xxxxxx4899** | **Primary Residence Location: 20801 SW 117 Avenue Miami FL 33177 Legal Description:7 56 40 PB 72-87 SOUTH MIAMI HGTS ADDN K LOT 25 BLK 11 LOT SIZE 10754 SQ FT OR 16328-0803 0394 1 OR 16328-0803 0394 00** $ **96,000.00** | 0% | $ **0.00** | **1** To **60** | 0.00 |

LF-31 (rev. 01/08/10)

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Ocwen Loan Servicing, LLC** PO Box 24738; West Palm Beach, FL 33416 Account No: xxxxxx8652 | **Investment Property Location: 13966 SW 90 Avenue JJ-102, Miami FL 33176 Legal Description: RESIDENCES AT THE FALLS CONDO UNIT 102 BLDG JJ UNDIV 0.2099% INT IN COMMON ELEMENTS OFF REC 23783-0012 F/K/A BRIARWOOD @ THE FALLS CONDO** $ 61,000.00 | | $ **481.95** $ **70.12** | **1** To **54** **1** To **54** | **$26,025.04** **$3,786.83** |
| **Residences at the Falls, HOA Condominium Ass. c/o Jorge Otero, Esq.** 75 Valencia Avenue, 2nd FL Coral gables, FL33134 | **Investment Property Location: 13966 SW 90 Avenue JJ-102, Miami FL 33176 Legal Description: RESIDENCES AT THE FALLS CONDO UNIT 102 BLDG JJ UNDIV 0.2099% INT IN COMMON ELEMENTS OFF REC 23783-0012 F/K/A BRIARWOOD @ THE FALLS CONDO** $ 61,000.00 | **0%** | $ **0.00** | **0** To **0** | **0.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service
   P.O.Box 7346;
   Philadelphia, PA
   19101-7346    Total Due   $ **0.00**

   Payable   $ **0.00** /month    (Months **0** to **0**)   Regular Payment  $ **N/A**

Unsecured Creditors:  Pay $ **291.88**/month (Months **1** to **54** ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
**Jutih Mathism**                                    **Residential Lease.**

**The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

**Special Intentions:**
**Wells Fargo Hm Mortgag (acct #:xxxx2893): Debtor will pay claim directly.**
**American Home Mtg Srv (acct #:xxxx6718): Debtor is surrendering property to creditor.**
**Westgate GV at The Woods LLC: Debtor sister (co-owner) is paying claim directly.**
**Portofino Oaks Property Owners Assoc Inc.: Debtor is surrendering the property to creditor.**
**\*Ocwen Loan (acct #:xxxx8652): Debtor will pay claim directly.**
**Bank of America (acct #:3260)(POC #9): Debtor will pay claim directly.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Nelly Veramendi**
**Nelly Veramendi**
Debtor

Date:   **February 1, 2017**